UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALTAMIRANO SERMENO, | Case No. 2:23-cv-2808-DAD-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| SHARIF ELMALLAH, | |
| Defendant. | |

On February 28, 2025, the court screened plaintiff's complaint and dismissed it for failure to state a claim. ECF No. 4. Plaintiff was afforded thirty days to amend his complaint. *Id.* When the time to file an amended complaint passed without word from plaintiff, the court ordered plaintiff to show cause why this action should not be dismissed for his failure to state a claim, prosecute, and comply with court orders. ECF No. 4. Plaintiff has filed a response. ECF No. 5. In it, he explains that he has recently been released from prison and did not have receive the court's prior order. *Id.* In light of plaintiff's representations, I will direct the Clerk of Court to re-serve the court's February 28, 2025 order on plaintiff and grant him thirty days to file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Clerk of Court is directed to re-serve the court's February 28, 2025 order on plaintiff; and

1

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:   June 5, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE