UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY ALTAMIRANO SERMENO,

Plaintiff,

v.

SHARIF ELMALLAH,

Defendant.

Case No.  2:23-cv-2808-DAD-JDP (PS)

ORDER; FINDINGS AND RECOMMENDATIONS

On July 31, 2025, I recommended that plaintiff's first amended complaint be dismissed without leave to amend and the Clerk of Court be directed to close the case.  ECF No. 10.  That recommendation is currently pending consideration before the assigned district judge.  More recently, plaintiff has moved for injunctive relief, ECF No. 11, for appointment of counsel, ECF No. 12, to stay this case, ECF No. 13, and to conduct limited discovery, ECF No. 14.  In light of the July 31, 2025 recommendation that this case be dismissed, I will deny and recommend denying plaintiff's motions as moot.[1]

Accordingly, it is hereby ORDERED that:

1.  Plaintiff's motions for appointment of counsel, ECF No. 12, to stay this case, ECF No.13, and to conduct limited discovery, ECF No. 14, are DENIED as moot.

---

[1] If the assigned district judge declines to adopt the July 31, 2025 findings and recommendations, plaintiff may renew his motions.

1

Further, it is RECOMMENDED that plaintiff's motion for injunctive relief, ECF No. 11, be DENIED as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    March 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2